```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 15236
  NORMA E FABELA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-5580
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/20/05 and confirmed on 07/22/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32151.36 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIA CARD SERVICES | UNSECURED | 46123.75 | .00 | 13837.13 |
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| BANCO POPULAR NORTH AMER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13417.06 | .00 | 4025.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16160.52 | .00 | 4848.16 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10188.17 | .00 | 3056.45 |
| WORLD FINANCIAL NETWORK | UNSECURED | 690.66 | .00 | 207.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5882.15 | .00 | 1764.65 |
| ROUNDUP FUNDING LLC | UNSECURED | 2330.83 | .00 | 699.25 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 94793.14 | .00 | 94793.14 |
| PRINCIPAL PAID | .00 | .00 | 28437.96 | .00 | 28437.96 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 28437.96 | .00 | 28437.96 |

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   2700.00 and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   1388.04 .

Refunds to the Debtor totaled $     125.36 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/12/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 05 B 15236 NORMA E FABELA
```